AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUANTOVIA ROBINSON

v.

MR. CARVER, MR. BEASLEY, MR. FOLKS, MS. KENN.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:24-cv-00047

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed November 15, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute. Plaintiff is denied leave to appeal in forma pauperis.  This case stands closed.



11/15/2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk